UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY,<br><br>        Defendant. | No.  2:12-cv-02137-KJM-DAD<br><br><br>ORDER |

Plaintiff Patrick Blackshire moves to reopen this case.  ECF No. 18.  The court construes his motion as one for relief from judgment under Federal Rule of Civil Procedure 60(b). By previous order, the court denied a similar motion because it did not "set forth any new facts or evidence, or change in law, justifying reconsideration of the court's dismissal of his action." Order July 14, 2015, at 3, ECF No. 17.  The same is true here.  The motion is DENIED.

        IT IS SO ORDERED.

DATED: September 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

1